**Order filed May 6, 2014**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00299-CV

———————

**RANDY WALKER, Appellant**

**V.**

**THOMAS D. WINDSOR, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1027482**

## O R D E R

Appellant's brief was due April 21, 2014. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **June 5, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM